Cite as 2023 Ark. 11

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON SECURITY AND EMERGENCY PREPAREDNESS | **Opinion Delivered:** February 9, 2023 |

## PER CURIAM

The Honorable Cathy Hardin Harrison, Miller County Judge, of Texarkana and The Honorable Marvin Day, Craighead County Judge, of Jonesboro are reappointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2025.  We thank them for their continued service.

The Honorable Stephen Shirron, Circuit Judge, of Grant County is appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2025.  Chance Wright, Fire Chief, of the City of Johnson Fire Department in Washington County is appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a term to expire on September 30, 2025.  The court extends its appreciation to these new members for their willingness to serve on this important committee.

The court also expresses its gratitude to the following outgoing member, Terry Henson, for his years of valuable service to this committee.